UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Anthony Carpenito</u>

    v.                       Civil No. 12-cv-96-JL

<u>Brandon Westgate et al.</u>

### O R D E R

Before the Court is defendants' "Motion to Dismiss" (doc. no. 5). In accordance with 28 U.S.C. § 636(b)(1)(B), Magistrate Judge Landya B. McCafferty is designated to review and consider the motion and, if necessary, conduct a hearing on the matter. In accordance with subparagraph (C), the Magistrate Judge shall file her proposed findings and recommendations under subparagraph (B) with the Court, and a copy shall forthwith be mailed to all parties.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Date:   August 7, 2012

cc:     Michael J. Sheehan, Esq.
        Nancy J. Smith, Esq.