UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Anthony Carpentio

                    v.                                    Civil No. 12-cv-96-JL

Brandon Westgate et al


# J U D G M E N T


In accordance with the Order dated November 4, 2012, by Chief Judge Joseph N.

Laplante approving the Report and Recommendation dated October 23, 2012, by Landya B.

McCafferty, and the Order dated September 16, 2013, by Chief Judge Joseph N. Laplante,

judgment is hereby entered.


                                        By the Court,


                                        */s/ James R. Starr*
                                        James R. Starr
                                        Clerk of Court


Date: September 18, 2013


cc:    Anthony Carpenito
       Nancy J. Smith, Esq.